Matter of Breck (2025 NY Slip Op 01275)

Matter of Breck

2025 NY Slip Op 01275

Decided on March 6, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 6, 2025

PM-65-25
[*1]In the Matter of Kathleen Tarpey Breck, an Attorney. (Attorney Registration No. 2139251.)

Calendar Date:February 24, 2025

Before:Garry, P.J., Clark, Pritzker, Reynolds Fitzgerald and Ceresia, JJ. 

Kathleen Tarpey Breck, West Springfield, Massachusetts, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Kathleen Tarpey Breck was admitted to practice by this Court in 1987 and lists a business address in West Springfield, Massachusetts with the Office of Court Administration. Breck now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Breck's application.
Upon reading Breck's affidavit sworn to January 15, 2025 and filed January 16, 2025, and upon reading the February 20, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Breck is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Pritzker, Reynolds Fitzgerald and Ceresia, JJ., concur.
ORDERED that Kathleen Tarpey Breck's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Kathleen Tarpey Breck's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kathleen Tarpey Breck is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Breck is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kathleen Tarpey Breck shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.